# EXHIBIT A

## Cushman Maryland

| | Loan No. | Property | Date of Appraisal Report | Appraiser(s) | Loan Amount | Cushman Appraisal Valuation |
|---|---|---|---|---|---|---|
| 1. | B8091202 | 12 W. Montgomery Street, Baltimore, MD (Federal Hill) | 10/17/2018 | Kenneth Steven Hutton and Lynda Gallagher | $2,850,000 | **$3,900,000 as is** |
| 2. | B8121001 | 1702 Light Street, Baltimore, MD | 1/10/2019 | Kenneth Steven Hutton and Lynda Gallagher | $3,050,000 | **$3,925,000 as is $3,975,000 completed $4,075,000 stabilized** |
| 3. | B9062501 | 1719 Eastern Avenue, Baltimore, MD | 7/17/2019 | Masters | $3,300,000 | **$4,150,000 as is $4,450,000 stabilized** |
| 4. | B9011401 | 415 Saint Paul Place, Baltimore, MD | 2/19/2019 | Masters | $3,000,000 | **$3,650,000 as is $4,100,000 stabilized** |
| 5. | B9092001 | 1742 Fleet Street, Baltimore, MD | 1/3/2020 | Masters | $3,625,000 | **$4,900,000 as is $5,050,000 stabilized** |
| 6. | C0013101 | 1617 Eastern Avenue, Baltimore, MD | 4/10/2020 | Masters | $6,300,000 | **$6,900,000 as is $8,500,000 stabilized** |
| 7. | C0050801 | 1122-1126 N. Calvert Street, Baltimore, MD | 6/8/2020 | Masters | $3,800,000 | **$4,200,000 as is $5,000,000 completed $5,100,000 stabilized** |
| 8. | C1040501 | 1012, 1020, 1022, 1026 & 1038 N. Calvert Street, Baltimore, MD (Chateaus de Mount Vernon) | 6/8/2020 | Masters | $8,590,000 | **$11,700,000 as is** |
| 9. | C0060901 | 500 S. Bond Street, Baltimore, MD | 8/4/2020 | Masters | $2,070,000 | **$3,150,000 as is** |
| 10. | C0103001 | 1709-1719 Fleet Street, Baltimore, MD (The Archer) | 12/8/2020 | Masters | $8,050,000 | **$10,900,000 as is $11,800,000 stabilized** |
| 11. | C0121801 | 115 E. Eager Street, Baltimore, MD (Belvedere Place Apartments) | 1/13/2021 | Masters | $2,100,000 | **$2,850,000 as is** |
| 12. | C0121802 | 902-904 Saint Paul Street, Baltimore, MD | 1/13/2021 | Masters | $3,425,000 | **$4,600,000 as is** |

| | Loan No. | Property | Date of Appraisal Report | Appraiser(s) | Loan Amount | Cushman Appraisal Valuation |
|---|---|---|---|---|---|---|
| 13. | C1012502 | 211 Saint Paul Place, Baltimore, MD (The James) | 3/3/2021 | Masters | $7,500,000 | **$10,600,000 as is $10,600,000 stabilized** |
| 14. | C1062102 | 807, 838 & 840 Park Avenue, Baltimore, MD (Park Place) | 8/4/2021 | Masters | $5,370,000 | **$7,200,000 as is** |
| 15. | C1082001 | 300 Cathedral Street, Baltimore, MD | 10/14/2021 | Masters | $14,810,000 | **$20,100,000 as is** |
| 16. | C1111201 | 606, 608, 610 Cathedral Street & 617 Ploy Street, Baltimore, MD (The Lyn) | 1/14/2022 | Masters | $8,000,000 | **$10,700,000 as is** |
| 17. | C2011302 | 311 Cathedral Street, Baltimore, MD (The Tobee) | 3/17/2022 | Masters | $8,450,000 | **$11,300,000 as is** |
| 18. | C2080501 | 417 & 419 Saint Paul Place, Baltimore, MD (The Courtland II) | 10/17/2022 | Masters | $6,800,000 | **$9,650,000 as is** |
| 19. | C2080502 | 601 South Broadway, Baltimore, MD (The Chelsea) | 10/18/2022 | Masters | $11,550,000 | **$15,700,000 as is $15,900,000 stabilized** |
| 20. | C2083101 | 421 South Broadway, Baltimore, MD (The Brixton Apartments) | 12/7/2022 | Masters | $18,000,000 | **$20,700,00 as is $25,500,000 stabilized** |
| 21. | C2100501 | 4000 Linkwood Road, Baltimore, MD (Tuscan Hills Apartments) | 1/19/2023 | Masters | $13,415,000 | **$19,500,000 as is $19,700,000 stabilized** |
| 22. | C3110107 | 817 Saint Paul Street, Baltimore, MD (The Davis) | 1/10/2024 | Masters | $20,000,000 | **$26,700,000 as is** |

**Cushman D.C.**

| | Loan No. | Property | Date of Appraisal Report | Appraiser(s) | Loan Amount | Cushman Appraisal Valuation |
|---|---|---|---|---|---|---|
| 1. | C1083101 | 520 South Caroline Street, Baltimore, MD (The Caroline) | 10/5/2021 | Chase Pike | $11,200,000 | **$12,400,000 as is $13,300,000 completed $13,600,000 stabilized** |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 2. | C4010204 | 3522 Beech Avenue, Baltimore, MD (Wyman Hills) | 3/5/2024 | Chase Pike | $16,870,000 | **$22,500,000 as is** |

### Cushman Virginia

| | Property | Loan No. | Date of Appraisal Report | Appraiser(s) | Loan Amount | Cushman Appraisal Valuation |
|---|---|---|---|---|---|---|
| 1. | C3042501 | 85 29th Street, Newport News, VA (The Jimmy) | 6/23/2023 | Randall C. Tester and Masters | $18,200,000 | **$26,100,000 as is $26,6000 stabilized** |