**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

|  |  |  |
|---|---|---|
| STANCORP MORTGAGE INVESTORS, LLC, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No: 1:26CV313 (JRR) |
| CUSHMAN & WAKEFIELD OF MARYLAND, LLC, ET AL., | ) ) ) | |
| *Defendants*. | ) ) ) | |

## DEFENDANT CUSHMAN & WAKEFIELD, INC.'S MOTION TO DISMISS

Defendant Cushman & Wakefield, Inc. ("Cushman Inc."), pursuant to Fed. R. Civ. P. 12(b)(2) and (6), moves to dismiss all claims against it in the complaint filed by Plaintiff Stancorp Mortgage Investors, LLC ("Stancorp"). Cushman Inc. is simultaneously filing a memorandum and declaration in support of this motion, as well as a proposed order. Wherefore, Cushman Inc. asks the Court to dismiss all claims against it by Stancorp.

Dated: March 9, 2026

Respectfully submitted,
**Cushman & Wakefield, Inc.**
*By Counsel*


*/s/ John D. Wilburn*
John D. Wilburn (Bar No. 16902)
Brooks H. Spears (Bar No. 22047)
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
jwilburn@mcguirewoods.com
bspears@mcguirewoods.com


## CERTIFICATE OF SERVICE

I certify that, on March 9, 2026, I caused the foregoing to be served via the Court's electronic filing system, which will send notice to all counsel of record.


*/s/ John D. Wilburn*